**Electronically Filed
Supreme Court
SCWC-23-0000669
26-JUN-2026
08:08 AM
Dkt. 16 ODAC**

SCWC-23-0000669

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KNOXVILLE 2012 TRUST, A DELAWARE STATUTORY TRUST,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

OPAEHUNA, LLC, a Hawaiʻi limited liability company,
Petitioner/Defendant/Counterclaimant-Appellant,

and

DEAN TIBURCIO ALEGADO; EMERITA LABAUSA ALEGADO; BANK OF HAWAIʻI,
a Hawaiʻi banking corporation; and WEST LOCH ESTATES HOMEOWNERRS'
ASSOCIATION, a Hawaiʻi non-profit corporation,
Respondents/Defendants-Appellees.

----------------------------------------------------

OPAEHUNA, LLC, a Hawaiʻi limited liability company,
Petitioner/Third-Party Plaintiff-Appellant,

vs.

21ST MORTGAGE CORPORATION, A DELAWARE CORPORATION,
Respondent/Third-Party Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000669; CASE NO. 1CC191001166)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge DeWeese, assigned by reason of vacancy)

Petitioner Opaehuna, LLC's Application for Writ of

Certiorari, filed on May 3, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 26, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Wendy M. DeWeese

